UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-31531 |
|---|---|
| RALPH DEAN WILSON | (Chapter 13) |
| MELISSA ANN WILSON | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4060851**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 24/ 1,005 | STRATEGIC RECOVERY GROUP<br>6500 INTERNATIONAL PARKWAY<br>SUITE 1500<br>PLANO, TX  76093 | 696.05 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/11/2011

Certificate of Service  06-31531

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

RALPH DEAN WILSON
MELISSA ANN WILSON
1215 MOUND ROAD
MIAMISBURG, OH 45342

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH 45459

(1015.1n)
ALISON A GILL
655 COOPER RD
WESTERVILLE, OH 43081

(1016.1n)
CONNIE J VANDERGRIFF
BRICE VANDER LINDER & WERNICK
PO BOX 829009
DALLAS, TX 75382

(1014.1n)
NATHAN L SWEHLA
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH 45201

(31.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA 23541

(1012.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA 23541

(1017.1n)
RICHARD SCHULTE
812 E NATIONAL RD
VANDALIA, OH 45377

(1005.1)
STRATEGIC RECOVERY GROUP
6500 INTERNATIONAL PARKWAY
SUITE 1500
PLANO, TX 76093

Jeffrey M. Kellner BY   /s/ Jeffrey M. Kellner   sv